*OLF3 (Official Local Form 3)*
*Effective December 1, 2017*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

In re:                                                              Case No.:

**David D. Dipadua**                                    Chapter 13
                        Debtor(s)

### CHAPTER 13 PLAN

*Check one.* This plan is:

- [x] Original
- [ ] Amended *(Identify First, Second, Third, etc.)*
- [ ] Postconfirmation *(Date Order Confirming Plan Was Entered: _____ )*

Date this plan was filed:   **May 26, 2021**

---

| PART 1: | NOTICES |
|---|---|

**TO ALL INTERESTED PARTIES:**

You should review carefully the provisions of this Plan as your rights may be affected. In the event the Court enters an order confirming this Plan, its provisions may be binding upon you. The provisions of this Plan are governed by statutes and rules of procedure, including Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure ("Fed. R. Bankr. P."), the Massachusetts Local Bankruptcy Rules ("MLBR"), and, in particular, the Chapter 13 rules set forth in Appendix 1 of MLBR, all of which you should consult.

**TO CREDITORS:**

Your rights may be affected by this Plan. Your claim may be reduced, modified, or eliminated. Read this Plan carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult with one. If you oppose this Plan's treatment of your claim or any other provision of this Plan, you or your attorney **must** file with the Court an objection to confirmation on or before the later of (i) thirty (30) days after the date on which the first Meeting of Creditors pursuant to 11 U.S.C. § 341 is held or (ii) thirty (30) days after service of an amended or modified Plan, unless the Court orders otherwise. A copy of your objection must be served on the Debtor(s), the attorney for the Debtor(s), and the Chapter 13 Trustee (the "Trustee"). The Bankruptcy Court may confirm this Plan if no objection to confirmation is filed or if it overrules an objection to confirmation. You have received or will receive a Notice of Chapter 13 Bankruptcy Case from the Bankruptcy Court which sets forth certain deadlines, including the bar date for filing a Proof of Claim. **To receive a distribution, you must file a Proof of Claim.**

**TO DEBTOR(S):**

You (or your attorney) are required to serve a copy of this Plan on all creditors in the manner required under the Bankruptcy Code, the Fed. R. Bankr. P., and MLBR. Unless the Court orders otherwise, you must commence making payments not later than the earlier of (i) thirty (30) days after the date of the filing of this Plan or (ii) thirty (30) days after the order for relief. **You must check a box on each line below to state whether or not this Plan includes one or more of the following provisions. If you check the provision "Not Included," if you check both boxes, or if you do not check a box, any of the following provisions will be void if set forth later in this Plan. Failure to properly complete this section may result in denial of confirmation of this Plan.**

#### FOR EACH LINE BELOW, DO NOT CHECK BOTH BOXES; DO NOT LEAVE BOTH BOXES BLANK.

| 1.1 | A limit on the amount of a secured claim, set out in Part 3.B.1, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ☑ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Part 3.B(3). | ☑ Included | ☐ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☐ Included | ☑ Not Included |

---

| PART 2: | PLAN LENGTH AND PAYMENTS |
|---|---|

**A.**   **LENGTH OF PLAN:**

- [ ] 36 Months. 11 U.S.C. § 1325(b)(4)(A)(i);
- [x] 60 Months. 11 U.S.C. § 1325(b)(4)(A)(ii);

- [ ] _____ Months. 11 U.S.C. § 1322(d)(2). The Debtor(s) states the following cause:

_____

**B.**   **PROPOSED MONTHLY PAYMENTS:**

| Monthly Payment Amount | Number of Months |
|---|---|

| 1,229.00 | 60 |
|---|---|

**C.**    **ADDITIONAL PAYMENTS:**

*Check one.*

☑        **None.** *If "None" is checked, the rest of Part 2.C need not be completed and may be deleted from this Plan.*

**The total amount of Payments to the Trustee [B+C]:**                              **$73,740.00**.
*This amount must be sufficient to pay the total cost of this Plan in Exhibit 1, Line h.*

| PART 3: | SECURED CLAIMS |
|---|---|

☐        **None.** *If "None" is checked, the rest of Part 3 need not be completed and may be deleted from this Plan.*

**A.**    **CURE OF DEFAULT AND MAINTENANCE OF PAYMENTS:**

*Check one.*

☐        **None.** *If "None" is checked, the rest of Part 3.A need not be completed and may be deleted from this Plan.*
☑        **Any Secured Claim(s) in default shall be cured and payments maintained as set forth in (1) and/or (2) below.**
         *Complete (1) and/or (2).*

**(1) PREPETITION ARREARS TO BE PAID THROUGH THIS PLAN**

Prepetition arrearage amounts are to be paid through this Plan and disbursed by the Trustee. Unless the Court orders otherwise, the amount(s) of prepetition arrears listed in an allowed Proof of Claim controls over any contrary amount(s) listed below. Unless the Court orders otherwise, if relief from the automatic stay is granted as to any collateral listed in this paragraph, all payments paid through this Plan as to that collateral will cease upon entry of the order granting relief from stay.

(a) Secured Claim(s) (Principal Residence)
    Address of the Principal Residence:      7 Harris Street, Baldwinville, MA 01436
        The Debtor(s) estimates that the fair market value of the Principal Residence is: $      347,643.00

| Name of Creditor | Type of Claim (e.g., mortgage, lien) | Amount of Arrears |
|---|---|---|
| Select Portfolio Servicing, Inc | Mortgage | 7 Harris Street Baldwinville, MA 01436 Worcester County | $51,034.00 |

Total of prepetition arrears on Secured Claim(s) (Principal Residence): $**51,034.00**

(b) Secured Claim(s) (Other)

| Name of Creditor | Type of Claim | Description of Collateral (or address of real property) | Amount of Arrears |
|---|---|---|---|
|  |  |  |  |

Total of prepetition arrears on Secured Claim(s) (Other): $**0.00**
**Total prepetition arrears to be paid through this Plan [(a) + (b)]: $51,034.00**

**(2) MAINTENANCE OF CONTRACTUAL INSTALLMENT PAYMENTS (TO BE PAID DIRECTLY TO CREDITORS):**

Contractual installment payments are to be paid *directly* by the Debtor(s) to creditor(s). The Debtor(s) will maintain the contractual installment payments as they arise postpetition on the secured claims listed below with any changes required by the applicable contract and noticed in conformity with any applicable rules.

| Name of Creditor | Type of Claim | Description of Collateral |
|---|---|---|
| Select Portfolio Servicing, Inc | Mortgage | 7 Harris Street Baldwinville, MA 01436 Worcester County |

**B.**    **MODIFICATION OF SECURED CLAIMS:**

*Check one.*

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

☐     **None.** *If "None" is checked, the rest of Part 3.B need not be completed and may be deleted from this Plan.*

☑     **Secured Claim(s) are modified as set forth in 1, 2, and/or 3 below.** *Complete 1, 2, and/or 3 below.*

    **(1) REQUEST FOR VALUATION OF SECURITY, PAYMENT OF FULLY SECURED CLAIMS, AND MODIFICATION OF UNDERSECURED CLAIMS UNDER 11 U.S.C. § 506:**

☑     **None.** *If "None" is checked, the rest of Part 3.B.1 need not be completed and may be deleted from this Plan.*

    **(2) SECURED CLAIMS EXCLUDED FROM 11 U.S.C. § 506:**

☑     **None.** *If "None" is checked, the rest of Part 3.B.2 need not be completed and may be deleted from this Plan.*

    **(3) LIEN AVOIDANCE UNDER 11 U.S.C. § 522(f):**

☐     **None.** *If "None" is checked, the rest of Part 3.B.3 and Exhibits 3 and 4 need not be completed and may be deleted from this Plan.*

*The following Plan provisions of Part 3.B.3 are effective only if the box "Included" in Part 1, Line 1.2 is checked.*

The judicial lien(s) and/or nonpossessory, nonpurchase-money security interest(s) securing the claim(s) listed below impairs exemptions to which the Debtor(s) would have been entitled under 11 U.S.C. § 522(b).

Subject to 11 U.S.C. § 349(b), a judicial lien or nonpossessory, nonpurchase-money security interest securing a claim listed below will be avoided to the extent that it impairs such exemptions upon entry of the Order confirming this Plan. The amount of the judicial lien or nonpossessory, nonpurchase-money security interest that is avoided will be treated as a nonpriority unsecured claim in Part 5 if a Proof of Claim has been filed and allowed. The amount, if any, of the judicial lien or nonpossessory, nonpurchase-money security interest that is not avoided will be paid in full as a secured claim under this Plan provided a Proof of Claim is filed and allowed.

*For each judicial lien that the Debtor(s) seeks to avoid, the Debtor(s) shall include the information below. The Debtor(s) also shall complete the chart set forth in Exhibit 3 to this Plan and shall attach to Exhibit 3 a true and accurate copy of the document evidencing such judicial lien as filed or recorded with filing or recording information included. The Debtor(s) shall include the evidentiary basis for the valuation asserted. For each judicial lien that the Debtor(s) seeks to avoid, the Debtor(s) shall provide a proposed form(s) of order as Exhibit 4 conforming to Official Local Form 21A. If the Debtor(s) is avoiding more than one lien, the Debtor(s) shall provide the information in a separate table in Exhibit 3 for each lien, and identify the tables as Exhibit 3.1, 3.2, etc.*

*The claim(s) identified below must also be set forth in Exhibit 3.*

| Name of Creditor | Exhibit Table (e.g., 3.1, 3.2, 3.3) |
|---|---|
| **Grafton Suburban Credit Union** | **3.1** |
| **Midland Funding, LLC** | **3.2** |

**Total Claim(s) under Part 3.B.3 to be paid through this Plan: $0.00**

C.    <u>**SURRENDER OF COLLATERAL:**</u>

*Check one.*

☑     **None.** *If "None" is checked, the rest of Part 3.C need not be completed and may be deleted from this Plan.*

| PART 4: | PRIORITY CLAIMS |
|---|---|

*Check one*

☑     **None.** *If "None" is checked, the rest of Part 4 need not be completed and may be deleted from this Plan.*

| PART 5: | NON PRIORITY UNSECURED CLAIMS |
|---|---|

*Check one.*

☐     **None.** *If "None" is checked, the rest of Part 5 need not be completed and may be deleted from this Plan.*

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

☑ **Any allowed nonpriority unsecured claim(s) other than those set forth in Part 5.F will be paid as stated below. Only a creditor holding an allowed claim is entitled to a distribution.**

☐ Fixed Amount ("Pot Plan"): each creditor with an allowed claim shall receive a pro rata share of $___, which the Debtor(s) estimates will provide a dividend of ___%.

☑ Fixed Percentage: each creditor with an allowed claim shall receive no less than __**100**__% of its allowed claim.

**A.**    **GENERAL UNSECURED CLAIMS:**                                                           $**15,320.68**

**B.**    **UNSECURED OR UNDERSECURED CLAIMS AFTER MODIFICATION IN PART 3.B OR 3.C:**

| Name of Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| -NONE- | | |

**C.**    **NONDISCHARGEABLE UNSECURED CLAIMS (*e.g., student loans*):**

| Name of Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| None | | |

**D.**    **CLAIMS ARISING FROM REJECTION OF EXECUTORY CONTRACTS OR LEASES:**

| Name of Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| -NONE- | | |

**E.**    **TOTAL TO BE PAID TO NONPRIORITY UNSECURED CREDITORS THROUGH THIS PLAN:**

**The amount paid to nonpriority unsecured creditor(s) is not less than that required under the Liquidation Analysis set forth in Exhibit 2.**

Total Nonpriority unsecured Claims [A + B + C + D]: $**15,320.68**

Enter Fixed Amount (Pot Plan) or multiply total nonpriority unsecured claim(s) by Fixed Percentage and enter that amount: **15,320.68**

**F.**    **SEPARATELY CLASSIFIED UNSECURED CLAIMS (*e.g., co-borrower*):**

| Name of Creditor | Description of Claim | Amount of Claim | Treatment of Claim | Basis for Separate Classification |
|---|---|---|---|---|
| -NONE- | | | | |

Total of separately classified unsecured claim(s) to be paid through this Plan: $**0.00**

## PART 6:                    EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Check one.*

☑    **None.** *If "None" is checked, the rest of Part 6 need not be completed and may be deleted from this Plan.*

## PART 7:                POSTCONFIRMATION VESTING OF PROPERTY OF THE ESTATE

If the Debtor(s) receives a discharge, property of the estate will vest in the Debtor(s) upon entry of the discharge. If the Debtor(s) does not receive a discharge, property of the estate will vest upon the earlier of (i) the filing of the Chapter 13 Standing Trustee's Final Report and Account and the closing of the case or (ii) dismissal of the case.

## PART 8:                        NONSTANDARD PLAN PROVISIONS

☑    **None.** *If "None" is checked, the rest of Part 8 need not be completed and may be deleted from this Plan.*
☐    **This Plan includes the following nonstandard provisions.** *Under Fed. R. Bankr. P. 3015(c), each nonstandard provision must be set forth below in a separately numbered sentence or paragraph. A nonstandard provision is a provision not otherwise included in Official Local Form 3, or which deviates from Official Local Form 3. Nonstandard provisions set forth elsewhere in this Plan are ineffective. To the extent the provisions in Part 8 are inconsistent with other provisions of this Plan, the provisions of Part 8 shall control if the box "Included" is checked in Part 1, Line 1.3.*

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# PART 9: SIGNATURES

By signing this document, Debtor(s) acknowledges reviewing and understanding the provisions of this Plan and the Exhibits filed as identified below.

By signing this document, the Debtor(s) and, if represented by an attorney, the attorney for the Debtor(s), certifies that the wording and order of the provisions in this Plan are identical to those contained in Official Local Form 3, including the Exhibits identified below, other than any Nonstandard Plan Provisions in Part 8.

| | |
|---|---|
| **/s/ David D. Dipadua** | **May 25, 2021** |
| **David D. Dipadua** | Date |
| Debtor | |
| | |
| Debtor | Date |

**/s/ Richard D. Smeloff**                    Date  **May 25, 2021**

Signature of attorney for Debtor(s)
**Richard D. Smeloff 567869**
**567869 MA**
**Smeloff & Associates**
**500 Granite Ave**
**Suites 7&8**
**Milton, MA 02186**
**617-690-2124**
**rsmeloff@msn.com**

The following Exhibits are filed with this Plan:
☑ **Exhibit 1: Calculation of Plan Payment***
☑ Exhibit 2: Liquidation Analysis*
☑ Exhibit 3: Table for Lien Avoidance under 11 U.S.C. § 522(f)**
☑ Exhibit 4: [Proposed] Order Avoiding Lien Impairing Exemption**

| |
|---|
| *List additional exhibits if applicable.* |
| |

*Denotes a required Exhibit in every plan
**Denotes a required Exhibit if the box "Included" is checked in Part 1, Line 1.2.

**Total number of Plan pages, included Exhibits:** 12

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

## EXHIBIT 1

### CALCULATION OF PLAN PAYMENT

| | | |
|---|---|---|
| a) | Secured claims (Part 3.A and Part 3.B.1-3 Total): | **$51,034.00** |
| b) | Priority claims (Part 4.A and Part 4.B Total): | **$0.00** |
| c) | Administrative expenses (Part 4.C.1 and 4.C.2 Total): | **$0.00** |
| d) | Nonpriority unsecured claims (Part 5.E Total): | **$15,320.68** |
| e) | Separately classified unsecured claims (Part 5.F Total): | **$0.00** |
| f) | Executory contract/lease arrears claims (Part 6 Total): | **$0.00** |
| g) | Total of (a) + (b) + (c) + (d) + (e) + (f): | **$66,354.68** |
| h) | Divide (g) by .90 for total Cost of Plan including the Trustee's fee: | **$73,740.00** |
| i) | Divide (h), Cost of Plan, by term of Plan, **60** months: | **$1,228.81** |
| j) | Round **up** to the nearest dollar amount for Plan payment: | $1,229.00 |

*If this is either an amended Plan and the Plan payment has changed, or if this is a postconfirmation amended Plan, complete(a) through (h) only and the following***:**

| | | |
|---|---|---|
| k) | Enter total amount of payments the Debtor(s) has paid to the Trustee: | |
| l) | Subtract line (k) from line (h) and enter amount here: | |
| m) | Divide line (l) by the number of months remaining ( months): | |
| n) | Round up to the nearest dollar amount for amended Plan payment: | |

Date the amended Plan payment shall begin: _____

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**EXHIBIT 2**

**LIQUIDATION ANALYSIS**

#### A. REAL PROPERTY

| Address<br>*(Sch. A/B, Part 1)* | Value<br>*(Sch. A/B, Part 1)* | Lien<br>*(Sch. D, Part 1)* | Exemption<br>*(Sch. C)* |
|---|---|---|---|
| **7 Harris Street Baldwinville, MA 01436  Worcester County** | **347,643.00** | **208,598.56** | **500,000.00** |

| | |
|---|---|
| **Total Value of Real Property** *(Sch. A/B, line 55)*: | **$ 347,643.00** |
| **Total Net Equity for Real Property** *(Value Less Liens)*: | **$ 139,044.44** |
| **Less Total Exemptions for Real Property** *(Sch. C)*: | **$ 139,044.44** |
| **Amount Real Property Available in Chapter 7:** | **$ 0.00** |

#### B. MOTOR VEHICLES

| Make, Model and Year<br>*(Sch. A/B, Part 2)* | Value<br>*(Sch. A/B, Part 2)* | Lien<br>*(Sch. D, Part 1)* | Exemption<br>*(Sch. C)* |
|---|---|---|---|
| **2013 Chevrolet Equinox 98000 miles** | **6,725.00** | **0.00** | **6,725.00** |
| **2007 Ford Explorer 235000 miles** | **3,275.00** | **0.00** | **3,275.00** |

| | |
|---|---|
| **Total Value of Motor Vehicles** *(Sch. A/B, line 55)*: | **$ 10,000.00** |
| **Total Net Equity for Motor Vehicles** *(Value Less Liens)*: | **$ 10,000.00** |
| **Less Total Exemptions for Motor Vehicles** *(Sch. C)*: | **$ 10,000.00** |
| **Amount Motor Vehicle Available in Chapter 7:** | **$ 0.00** |

#### C. ALL OTHER ASSETS *(Sch. A/B Part 2, no. 4; Part 3 through Part 7. Itemize.)*

| Asset | Value | Lien<br>*(Sch. D, Part 1)* | Exemption<br>*(Sch. C)* |
|---|---|---|---|
| **Household Furnishings** | **2,000.00** | **0.00** | **2,000.00** |
| **Misc. Electronics** | **500.00** | **0.00** | **500.00** |
| **Clothing** | **500.00** | **0.00** | **500.00** |
| **Misc. Jewelry** | **50.00** | **0.00** | **50.00** |
| **Cash** | **28.00** | **0.00** | **28.00** |
| **Checking: DCU** | **14,000.00** | **0.00** | **7,697.00** |
| **Checking: Athol Savings Bank** | **200.00** | **0.00** | **0.00** |
| **Pension: Commonwealth of Massachusetts State Board of Retirement** | **0.00** | **0.00** | **0.00** |
| **Deferred Comp: Empower Retirement** | **5,815.00** | **0.00** | **5,815.00** |
| **Term Life Policy Through Employer** | **0.00** | **0.00** | **0.00** |
| **Class Action Lawsuit Against HSBC** | **0.00** | **0.00** | **0.00** |
| **Misc. Tools** | **300.00** | **0.00** | **300.00** |

| | |
|---|---|
| **Total Value of All Other Assets:** | **$ 23,393.00** |
| **Total Net Equity for All Other Assets**  *(Value Less Liens)*: | **$ 23,393.00** |
| **Less Total Exemptions for All Other Assets**: | **$ 16,890.00** |
| **Amount of All Other Assets Available in Chapter 7:** | **$ 6,503.00** |

#### D. SUMMARY OF LIQUIDATION ANALYSIS

| Amount available in Chapter 7 | Amount | |
|---|---|---|
| A. Amount Real Property Available in Chapter 7 *(Exhibit 2, A)* | **$** | **0.00** |
| B. Amount Motor Vehicles Available in Chapter 7 *(Exhibit 2, B)* | **$** | **0.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| | | |
|---|---|---|
| C. Amount All Other Assets Available in Chapter 7 (*Exhibit 2, C*) | $ | **6,503.00** |

**TOTAL AVAILABLE IN CHAPTER 7:**  $ _____ **6,503.00**

**E. ADDITIONAL COMMENTS REGARDING LIQUIDATION ANALYSIS:**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**EXHIBIT 3.1**
**TABLE FOR LIEN AVOIDANCE UNDER 11 U.S.C. § 522(f)**

*If the Debtor(s) is avoiding more than one lien, the Debtor(s) shall provide the information in a separate table for each lien and identify the table as Exhibit as 3.1, 3.2, etc. to correspond with the list of liens in Part 3.B.3.*

| **Information Regarding Judicial Lien or Security Interest** | | | |
|---|---|---|---|
| Name of Debtor(s):* | **David D. Dipadua** | | |
| Name of Creditor: | **Grafton Suburban Credit Union** | | |
| Collateral: | **7 Harris Street Baldwinville, MA 01436  Worcester County** | | |
| Lien Identification:** (Such as judgment date, date of lien recording, book and page number.) | **Judgment Lien 1/17/2006**<br>**Lien recorded 2/2/2006**<br>**Worcester County Registry of Deeds Book 38332  Pages 37 and 38** | | |
| **Calculation of Lien Avoidance** | | | |
| (a) Amount of lien: | **$  6,093.47** | | |
| (b) Amount of all other liens (exclusive of liens previously avoided or avoided pursuant to this Plan): | **$  202,505.09** | | |
| (c) Value of claimed exemptions: | **$  500,000.00** | | |
| (d) Total (a), (b), and (c): | **$  708,598.56** | | |
| (e) Value of interest in property of the Debtor(s):*** | **$  347,643.00** | | |
| (f) Subtract (e) from line (d): Extent of exemption impairment: (check applicable box below) | **$  360,955.56** | | |
| ☑ The entire lien is avoided as (f) is equal to or greater than (a). (*Do not complete the next section.*) | | | |
| ☐ A portion of the lien is avoided as (f) is less than (a). (*Complete the next section.*) | | | |
| **Treatment of Remaining Secured Claim** | | | |
| Amount of secured claim after avoidance (*subtract (f) from (a)*): | $ | | |
| Interest Rate (if applicable): | % | | |
| Monthly payment on secured claim | $ | | |
| Estimated total payment on secured claim | $ | | |
| *In a joint case, specify whether the lien to be avoided is on an interest of an individual debtor or the joint debtors. | ☐ Individual Debtor | | ☐ Joint Debtors |
| | Name: | | |
| **Attach a true and accurate copy of the document or the instrument evidencing such lien as filed or recorded with filing or recording information included. | | | |
| ***Describe the evidentiary basis for the value of the interest in property of the Debtor(s): | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                           Best Case Bankruptcy

*OLF21A (Official Local Form 21A)*

**EXHIBIT 4.1**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:                                                                    Case No.:

   **David D. Dipadua**                                    Chapter 13

                    Debtor(s)

**ORDER AVOIDING LIEN IMPAIRING EXEMPTION\***

Upon consideration of 1) the Chapter 13 Plan (the "Plan"), through which the Debtor(s) made a request to avoid the lien of  **Grafton Suburban Credit Union**  pursuant to 11 U.S.C. § 522(f) as impairing the exemption of the Debtor(s); 2) the calculation of impairment set forth in Exhibit 3 to the Plan; 3) the Schedule of Exemptions filed by the Debtor(s); 4) the absence of an objection to the avoidance of the lien or the Court having overruled any and all objections to the request for lien avoidance in the Plan; 5) the entire record of proceedings in this case; 6) the Confirmation Order; and 7) the provisions of 11 U.S.C. § 522(f)(1) and (2), Fed. R. Bankr. P. 4003 and MLBR 4003-1,

The Court hereby orders and decrees that the lien of  **Grafton Suburban Credit Union**  recorded on 2/2/2006 at Worcester Countyy Registry of Deeds  Book 38332 pages 37 and 38  impairs the Debtor(s)' exemption in  **7 Harris Street Baldwinville, MA 01436  Worcester County**   (the "Exempt Property") and declares that the lien covering the interest in exempt property of the Debtor(s) is avoided in its entirety [or avoided in part].

Pursuant to 11 U.S.C. § 349(b)(1)(B), the avoided lien shall be reinstated if the case is dismissed unless the Court, for cause, orders otherwise.

                                        By the Court,

                                        _____

                                        United States Bankruptcy Judge

*\* This Exhibit may be modified to address each lien listed in Table*

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**EXHIBIT 3.2**
**TABLE FOR LIEN AVOIDANCE UNDER 11 U.S.C. § 522(f)**

*If the Debtor(s) is avoiding more than one lien, the Debtor(s) shall provide the information in a separate table for each lien and identify the table as Exhibit as 3.1, 3.2, etc. to correspond with the list of liens in Part 3.B.3.*

| Information Regarding Judicial Lien or Security Interest | | |
|---|---|---|
| Name of Debtor(s):* | **David D. Dipadua** | |
| Name of Creditor: | **Midland Funding, LLC** | |
| Collateral: | **7 Harris Street Baldwinville, MA 01436  Worcester County** | |
| Lien Identification:** (Such as judgment date, date of lien recording, book and page number.) | **Judgment Lien 12/5/2006** **Lien recorded 1/12/2007** **Worcester County Registry of Deeds Book 40507 pages 248 and 249** | |
| **Calculation of Lien Avoidance** | | |
| (a) Amount of lien: | **$   3,474.09** | |
| (b) Amount of all other liens (exclusive of liens previously avoided or avoided pursuant to this Plan): | **$   199,031.00** | |
| (c) Value of claimed exemptions: | **$   500,000.00** | |
| (d) Total (a), (b), and (c): | **$   702,505.09** | |
| (e) Value of interest in property of the Debtor(s):*** | **$   347,643.00** | |
| (f) Subtract (e) from line (d): Extent of exemption impairment: (check applicable box below) | **$   354,862.09** | |
| ☑ The entire lien is avoided as (f) is equal to or greater than (a). (*Do not complete the next section.*) | | |
| ☐ A portion of the lien is avoided as (f) is less than (a). (*Complete the next section.*) | | |
| **Treatment of Remaining Secured Claim** | | |
| Amount of secured claim after avoidance (*subtract (f) from (a)*): | $ | |
| Interest Rate (if applicable): | %  | |
| Monthly payment on secured claim | $ | |
| Estimated total payment on secured claim | $ | |
| *In a joint case, specify whether the lien to be avoided is on an interest of an individual debtor or the joint debtors. | ☐ Individual Debtor | ☐ Joint Debtors |
|  | Name: | |
| **Attach a true and accurate copy of the document or the instrument evidencing such lien as filed or recorded with filing or recording information included. | | |
| ***Describe the evidentiary basis for the value of the interest in property of the Debtor(s): | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

*OLF21A (Official Local Form 21A)*

**EXHIBIT 4.2**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:                                                                              Case No.:

**David D. Dipadua**                                                    Chapter 13

Debtor(s)

**ORDER AVOIDING LIEN IMPAIRING EXEMPTION\***

Upon consideration of 1) the Chapter 13 Plan (the "Plan"), through which the Debtor(s) made a request to avoid the lien of  **Midland Funding, LLC**  pursuant to 11 U.S.C. § 522(f) as impairing the exemption of the Debtor(s); 2) the calculation of impairment set forth in Exhibit 3 to the Plan; 3) the Schedule of Exemptions filed by the Debtor(s); 4) the absence of an objection to the avoidance of the lien or the Court having overruled any and all objections to the request for lien avoidance in the Plan; 5) the entire record of proceedings in this case; 6) the Confirmation Order; and 7) the provisions of 11 U.S.C. § 522(f)(1) and (2), Fed. R. Bankr. P. 4003 and MLBR 4003-1,

The Court hereby orders and decrees that the lien of  **Midland Funding, LLC**  recorded on 1/12/2007  at Worcester County Registry of Deeds Book 40507 pages 248 and 249 impairs the Debtor(s)' exemption in  **7 Harris Street Baldwinville, MA 01436  Worcester County**  (the "Exempt Property") and declares that the lien covering the interest in exempt property of the Debtor(s) is avoided in its entirety [or avoided in part].

Pursuant to 11 U.S.C. § 349(b)(1)(B), the avoided lien shall be reinstated if the case is dismissed unless the Court, for cause, orders otherwise.

By the Court,

_____

United States Bankruptcy Judge

\* *This Exhibit may be modified to address each lien listed in Table*

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:   David D. Dipadua                           Case No.
                                                    Chapter 13

## Instructions to Debtor(s):

A.       Pursuant to MLBR, Appendix 1, Rule 13-4(b), the Debtor(s) or Debtor(s)'s attorney shall cause a copy of
         the Plan to be served by first class mail or other permitted means upon the Chapter 13 trustee, all
         creditors of the debtor, all attorneys who have filed a notice of appearance and request service of all
         pleadings, and other parties in interest (collectively referred to as the "recipients") using this form, Official
         Local Form 3A ("OLF 3A"). You must list each recipient's name and mailing address in the Certificate of
         Service.  Do not include account numbers or any personal identifier. See Fed. R. Bankr. P. 9037.

B.       If in the Plan you request:
         **(1) to limit, modify, or determine the amount of a secured claim (you checked the box "Included" in
         Part 1, Line 1.1); and/or
         (2) to avoid a judicial lien or nonpossessory, nonpurchase-money security interest (you checked the
         box "Included" in Part 1, Line 1.2 ),**

         **you must, in addition to serving the Plan as set forth above in Section A and using OLF 3A, ALSO serve
         a copy of this Plan on the holder(s) of the affected claim(s) and any other entity the Court designates
         in the manner provided for service in accordance with Fed. R. Bankr. P. 7004, using the Affidavit of
         Service of Chapter 13 Plan, Official Local Form 3B ("OLF 3B").**

C.       If serving creditors only under Section A, file only OLF 3A with the Court after service is made. If serving
         creditors also under Section B, you must file both OLF 3A and OLF 3B with the Court after service is made.

## CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

I/We hereby certify that on May 27, 2021 and in accordance with MLBR, Appendix 1, Rule 13-4(b), I/we served by
first class United States mail a copy of this Plan to the on the parties on the attached list.


                                            By the Debtor(s):
                                            David D. Dipadua


                                            **/s/ Richard D. Smleloff**
                                            Richard D. Smeloff
                                            BBO# 567869
                                            Smeloff & Associates
                                            500 Granite Ave
                                            Suite 7 & 8
                                            Milton MA 02186
                                            (617) 690-2124
                                            rsmeloff@msn.com

Collection/Gragil Assoc, Inc.
281 Winter Street Suite 240
Waltham, MA 02451

Daniels Law Office
One Center Plaza
Boston, MA 02108

Daniels Law Offices, P.C.
1250 Hancock Street, Suite 600N
PO Box 699241
Quincy, MA 02269

Debt Recovery Solution
900 Merchants Concourse
Westbury, NY 11590

Demerle Hoeger LLP
10 City Square
Charlestown, MA 02129

Focus Receivables Mana
1130 Northchase Parkway
Suite 150
Marietta, GA 30067

Ford Motor Credit Company LLC
Nair & Levin
707 Bloomfield Ave.
Bloomfield, CT 06002

Grafton Suburban Credit Union
86 Worcester Street
North Grafton, MA 01536

Midland Funding, LLC
Assignee of Aspire Visa
8875 Aero Drive Suite 200
San Diego, CA 92123

Nair & Levin, P.C
707 Bloomfield Ave
Bloomfield, CT 06002

National Grid
300 Erie Blvd West
Syracuse, NY 13202

National Recovery Agency
2491 Paxton St
Harrisburg, PA 17111

Richard, Randall Hubbard
Richard Hubbard
P.O Box 567
Nine North Main Street
Uxbridge, MA 01569

Select Portfolio Servicing, Inc
Po Box 65250
Salt Lake City, UT 84165

Southwest Credit Systems
4120 International Parkway Ste 1100
Carrollton, TX 75007

## Comparative Market Analysis

To establish market value of

## 7 HARRIS STREET
## Templeton, MA

**Prepared for David Douglas DiPaua**
**By Chuck Silverston**

# Unlimited | Sotheby's
INTERNATIONAL REALTY

# Contents of this

## Comparative Market Analysis
### Prepared for David Douglas DiPaua

- Cover Page

- Subject Property Report

- Market Analysis Summary

- Comparable Property Reports

- Side by Side Property Comparisons (3-up)

- Sold Properties Graph

- Pricing Adjustment per Property (Appraisal Style)

- Suggested Sales Price

- Pricing Analysis ($/Sq.Ft.)

**Subject Property**
**Prepared for David Douglas DiPaua**

**7 HARRIS STREET**
**Templeton, MA  01436**
**Single Family**



**MLS #: 30673427**                          **Status: Sold**
List Price: **$179,900**                      Sale Price: **$168,000**
List Date: **12/9/2002**                      Sale Date: **3/19/2003**
Area:                                         Off Market Date: **2/14/2003**
List$/SqFt: **$119.93**                       Solds/SqFt: **$112**
Days on Market (Total): **67** Days on Market (Office): **67**

## Property Features

Rooms: **8**                    Style: **Farmhouse**
Bedrooms: **3**                 Type: **Detached**
Baths: **1f 0h**                Apprx Acres: **0.49**
Master Bath: **No**             Apprx Lot Size: **21344 sq.ft.**
Fireplaces: **0**               Apprx Living Area: **1500 sq.ft.**
                                Foundation Size: **20 X 30 (Concrete**
Year Built: **1930**            **Block)**

Color: **BROWN**                Garage: **3  Attached, Carport, Heated,**
                                **Storage**
Parking: **6  Off-Street**
Handicap Access/Features:

## Room Descriptions

| Room | Level | Size | Features |
|------|-------|------|----------|
| Living Room: | 1 | -- | |
| Dining Room: | 1 | -- | |
| Family Room: | 1 | -- | |
| Kitchen: | 1 | -- | |
| Master Bedroom: | 2 | -- | |
| Bedroom 2: | 2 | -- | |
| Bedroom 3: | 2 | -- | |
| Bath 1: | 1 | -- | |
| Laundry: | 2 | -- | |

## Features & Other Information

Appliances: **Range, Dishwasher, Refrigerator**
Area Amenities: **Park, Walk/Jog Trails, Golf Course**
Basement: **Yes Partial, Interior Access**
Construction: **Frame**
Cooling: **Central Air**
Electric: **220 Volts, Circuit Breakers, 100 Amps**
Exterior: **Clapboard, Wood**
Exterior Features: **Porch, Decorative Lighting, Screens**
Heating: **Central Heat, Forced Air, Oil**
Hot Water: **Electric, Tank**
Interior Features: **Central Vacuum, Security System, Cable Available**
Lead Paint: **Unknown**
Road Type: **Public, Paved, Publicly Maint.**
Roof: **Asphalt/Fiberglass Shingles**
Sewer Utilities: **City/Town Sewer**
Water Utilities: **City/Town Water**
Waterfront: **No**
Short Sale w/Lndr.App.Req: **Unknown**
Lender Owned: **Undisclosed**

## Remarks

**2 CARPORTS GARAGE IS HEATED, CENTRAL AIR, SECURITY SYSTEM, ELABORATE LIGHTING PKG. BRICK WALKWAY W/GOLD FISH POND, LARGE CORNER LOT & MUCH MORE.**

## Tax Information

**2002** Taxes: **$1409.53**    Assessment: **$103,800**    Cert:     Zoning Code: **RES**
Pin #:                                                       Map: **1-04** Block: **231** Lot:    Book: **17682** Page: **278**

**Market Analysis Summary**
**Prepared for David Douglas DiPaua**

# Properties Currently For Sale

Number of Properties: 2
Price Range: $294,900 to $434,900
Average Price: $364,900
Median Price: $364,900

| Address | City | Beds | Baths Full | Half | Living Area (Square Feet) | Days on Market | List Price |
|---------|------|------|------|------|------|------|------|
| 464 Otter River Rd | Templeton, MA | 4 | 2 | 0 | 1337 | 10 | $294,900 |
| Lot 3 Michaels Lane | Templeton, MA | 3 | 2 | 1 | 1762 | 97 | $434,900 |

**Market Analysis Summary**
Prepared for David Douglas DiPaua

# Properties Currently Under Contract

Number of Properties: 3
Price Range: $324,900 to $329,900
Average Price: $326,600
Median Price: $325,000

| Address | City | Beds | Baths Full | Half | Living Area (Square Feet) | Days on Market | List Price |
|---------|------|------|------|------|------|------|------|
| 21 Fisher Street | Templeton, MA | 2 | 1 | 1 | 1486 | 5 | $324,900 |
| 84 Baptist Common Rd | Templeton, MA | 3 | 2 | 0 | 1508 | 6 | $325,000 |
| 10 April Circle | Templeton, MA | 3 | 2 | 0 | 1349 | 17 | $329,900 |

**Market Analysis Summary**
**Prepared for David Douglas DiPaua**

# Properties Recently Sold

Number of Properties: 2
Price Range: $345,000 to $378,900
Average Price: $361,950
Median Price: $361,950

| Address | City | Beds | Baths Full | Half | Living Area (Square Feet) | Days on Market | List Price | Sale Price | SP% of LP |
|---|---|---|---|---|---|---|---|---|---|
| 61 Victoria Lane | Templeton, MA | 3 | 1 | 1 | 1545 | 18 | $320,000 | $345,000 | 108% |
| 19 Oak Street | Templeton, MA | 3 | 2 | 1 | 1600 | 48 | $374,900 | $378,900 | 101% |

## Property Descriptions
Prepared for David Douglas DiPaua

**464 Otter River Rd**
**Templeton, MA 01468**
**Single Family**



MLS #: **72831616**
List Price: **$294,900**
List Date: 5/13/2021
Area:
List$/SqFt: **$220.57**
Days on Market (Total): **10**

Status: **Contingent - Pending P&S**

Off Market Date:

Days on Market (Office): **10**

## Property Features

Rooms: **8**
Bedrooms: **4**
Baths: **2f 0h**
Master Bath:
Fireplaces: **0**
Year Built: **1971**
Color:
Parking: **2   Off-Street**
Handicap Access/Features:

Style: **Raised Ranch**
Type: **Detached**
Apprx Acres: **0.41**
Apprx Lot Size: **17859 sq.ft.**
Apprx Living Area: **1337 sq.ft.**
Foundation Size: **(Poured Concrete)**
Garage: **1   Attached, Under**

## Room Descriptions

| Room | Level | Size | Features |
|------|-------|------|----------|
|      |       |      |          |

## Features & Other Information

Basement: **Yes Full**
Construction: **Frame**
Cooling: **None**
Electric: **Circuit Breakers**
Exclusions:
Heating: **Hot Water Baseboard, Oil**
Lead Paint: **Unknown**
Road Type: **Public**
Sewer Utilities: **Private Sewerage - Title 5: Pass**
Water Utilities: **City/Town Water**
Waterfront: **No**
Short Sale w/Lndr.App.Req: **No**
Lender Owned: **Yes**

## Remarks

Beautifully renovated raised ranch. Cabinet packed updated kitchen with new stainless steel appliances and granite counter tops. Freshly painted interior, new lighting fixtures and new flooring thru out. Updated spacious bathroom with neutral colors. Generous bedrooms with plenty of closet space. Fabulous back yard which would be great for entertaining. Conveniently located close to shopping and highways. FHA/VA welcome! This home's floorplan and to highlight its potential, virtual furnishings may have been added to photos found in this listing.*****

## Tax Information

**2021** Taxes: **$3265.5**   Assessment: **$202,700**
Pin #:

Cert:   Zoning Code: **Res**
Map:   Block:   Lot:   Book: **61212**   Page: **116**

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2021 MLS Property Information Network, Inc.

# Property Descriptions
## Prepared for David Douglas DiPaua

**Lot 3 Michaels Lane**
**Templeton, MA  01436**
**Single Family**



MLS #: **72785844**
List Price: **$434,900**
List Date: **2/15/2021**
Area:
List$/SqFt: **$246.82**
Days on Market (Total): **97**

Status: **Active**

Off Market Date:

Days on Market (Office): **97**

## Property Features

Rooms: **7**
Bedrooms: **3**
Baths: **2f 1h**
Master Bath: **Yes**
Fireplaces: **1**
Year Built: **2021**
Color: **Choice**

Parking: **4   Off-Street, Paved Driveway**

Handicap Access/Features:

Style: **Cape**
Type: **Detached**
Apprx Acres: **1**
Apprx Lot Size: **43560 sq.ft.**
Apprx Living Area: **1762 sq.ft.**
Foundation Size: **34 x 28 (Poured Concrete)**
Garage: **2   Attached, Garage Door Opener, Insulated**

## Room Descriptions

| Room | Level | Size | Features |
|---|---|---|---|
| Living Room: | 1 | | Fireplace, Flooring - Hardwood |
| Dining Room: | 1 | | Flooring - Hardwood, Decorative Molding |
| Kitchen: | 1 | | Flooring - Hardwood, Countertops - Stone/Granite/Solid, Kitchen Island, Deck - Exterior, Slider |
| Master Bedroom: | 2 | | Skylight, Ceiling - Cathedral, Closet - Walk-in, Flooring - Wall to Wall Carpet |
| Bedroom 2: | 2 | | Closet, Flooring - Wall to Wall Carpet |
| Bedroom 3: | 2 | | Closet, Flooring - Stone/Ceramic Tile |
| Bath 1: | 1 | | Bathroom - Half, Flooring - Hardwood, Countertops - Stone/Granite/Solid, Dryer Hookup - Gas, Washer Hookup |
| Bath 2: | 2 | | Bathroom - 3/4, Bathroom - With Shower Stall, Closet - Linen, Flooring - Vinyl, Countertops - Stone/Granite/Solid |
| Bath 3: | 2 | | Bathroom - Full, Bathroom - With Tub & Shower, Closet - Linen, Flooring - Vinyl, Countertops - Stone/Granite/Solid |
| Laundry: | 1 | | Bathroom - Half, Flooring - Hardwood |
| Foyer: | 1 | | Flooring - Hardwood |

## Features & Other Information

Area Amenities: **Public Transportation, Shopping, Park, Walk/Jog Trails, Golf Course, Highway Access, House of Worship, Public School**
Basement: **Yes Full, Interior Access, Concrete Floor**
Construction: **Frame**
Cooling: **Central Air**
Electric: **Circuit Breakers, 200 Amps**
Exclusions:
Exterior: **Vinyl**
Exterior Features: **Porch, Deck, Professional Landscaping, Screens**
Heating: **Forced Air, Gas, Propane**
Hot Water: **Propane Gas, Tank**
Interior Features: **Cable Available**
Lead Paint: **None**
Road Type: **Public, Paved, Publicly Maint.**
Roof: **Asphalt/Fiberglass Shingles**
Sewer Utilities: **Private Sewerage - Title 5: Pass**
Water Utilities: **City/Town Water**
Waterfront: **No**   Water View: **No**
Short Sale w/Lndr.App.Req: **No**
Lender Owned: **No**

## Remarks

CUSTOM DESIGN THIS DREAM HOME! Beautiful cape with oversized 2-car attached garage (24 x 24) WILL BE STARTING SOON on this great lot in a beautiful subdivision of comparable homes. Seven foot (7') dormers (perfect for beautiful window seats). Open concept floorplan. Gleaming hardwood floors throughout the whole first floor. First floor laundry. Central air conditioning (2 zones). Lovely propane gas fireplace in the living room. Pretty picture frame moldings in the formal dining room. Sliders to a large pressure treated deck off the breakfast nook. Kitchen with center island & granite countertops. Small front porch (trex with azek trim) and lovely columns that enter into a bright & welcoming foyer. Vaulted ceiling & two skylights in the primary bedroom suite. Fully landscaped lot (loamed & seeded). Paved driveway. Superior workmanship and "quality built" home. Still time to "customize" & MAKE YOUR OWN SELECTIONS! Call today on this amazing home. Photos are of a similar home built

## Tax Information

| 2021 Taxes: **$0**   Assessment: **$0** | Cert: | Zoning Code: **Res** |
|---|---|---|
| Pin #: | Map:   Block:   Lot:   Book: **New**  Page: **New** | |

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information.
Content ©2021 MLS Property Information Network, Inc.

# Property Descriptions
**Prepared for David Douglas DiPaua**

**21 Fisher Street**
**Templeton, MA  01468-1047**
**Single Family**

| | |
|---|---|
| **MLS #: 72827306** | **Status: Under Agreement** |
| List Price: **$324,900** | |
| List Date: **5/6/2021** | Ant. Sale Date: **6/10/2021** |
| Area: | Off Market Date: **5/11/2021** |
| List$/SqFt: **$218.64** | |
| Days on Market (Total): **5** | Days on Market (Office): **5** |



## Property Features

| | |
|---|---|
| Rooms: **5** | Style: **Cape** |
| Bedrooms: **2** | Type: **Detached** |
| Baths: **1f 1h** | Apprx Acres: **1.29** |
| Master Bath: | Apprx Lot Size: **56192 sq.ft.** |
| Fireplaces: **0** | Apprx Living Area: **1486 sq.ft.** |
| Year Built: **1945** | Foundation Size: **(Poured Concrete, Granite)** |
| Color: | Garage: **5   Detached** |
| Parking: **6   Off-Street** | |
| Handicap Access/Features: | |

## Room Descriptions

| Room | Level | Size | Features |
|---|---|---|---|
| | | | |

## Features & Other Information

Appliances: **Range, Refrigerator**
Area Amenities: **Park, Walk/Jog Trails**
Basement: **Yes Full**
Construction: **Frame**
Cooling: **None**
Electric: **220 Volts**
Exclusions:
Exterior: **Vinyl**
Exterior Features: **Deck, Pool - Inground, Storage Shed, Sprinkler System**
Heating: **Forced Air, Oil**
Hot Water: **Electric**
Lead Paint: **Unknown**
Road Type: **Public, Publicly Maint.**
Roof: **Asphalt/Fiberglass Shingles**
Sewer Utilities: **City/Town Sewer**
Water Utilities: **City/Town Water**
Waterfront: **No**   Water View: **No**
Short Sale w/Lndr.App.Req: **No**
Lender Owned: **No**

## Remarks

Beautiful home in immaculate condition. Two bedrooms and full bathroom on second floor, large Living room, Kitchen, Dining room, Bonus room (office) 3/4 Bathroom, and Laundry room on first. Plenty of closets for storage. Beautiful woodwork throughout the home. Roof, furnace, oil tank replaced within last 5 years. Updated 200 amp electrical service in home and 100 in garage. Large inground pool with new liner. Inground sprinkler system for lawn. Large 36' by 36' foot garage with enough space to put five cars. Storage shed is 20' by 26'. Snow mobile trail off the back yard. Gilman-Waite field is only steps away, offering baseball fields, basketball courts, and tennis courts. This home is located on a dead end street. Open house from noon to 1 30pm on 5/8/21

## Tax Information

| | | | | | | |
|---|---|---|---|---|---|---|
| **2021** Taxes: **$3555** | Assessment: **$220,700** | | Cert: | Zoning Code: **R** | | |
| Pin #: **M:05-04 B:00019 L:00000** | | | Map: | Block:   Lot: | Book: **23104** | Page: **165** |

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2021 MLS Property Information Network, Inc.

## Property Descriptions
### Prepared for David Douglas DiPaua

**84 Baptist Common Rd**
**Templeton, MA 01468**
**Single Family**



| | |
|---|---|
| MLS #: **72822359** | Status: **Under Agreement** |
| List Price: **$325,000** | |
| List Date: **4/28/2021** | Ant. Sale Date: **6/3/2021** |
| Area: | Off Market Date: **5/3/2021** |
| List$/SqFt: **$215.52** | |
| Days on Market (Total): **6** | Days on Market (Office): **6** |

### Property Features

| | |
|---|---|
| Rooms: **5** | Style: **Ranch** |
| Bedrooms: **3** | Type: **Detached** |
| Baths: **2f 0h** | Apprx Acres: **1.96** |
| Master Bath: | Apprx Lot Size: **85378 sq.ft.** |
| Fireplaces: **0** | Apprx Living Area: **1508 sq.ft.** |
| Year Built: **2006** | Foundation Size: **(Poured Concrete)** |
| Color: **green** | Garage: **0 --** |
| Parking: **10  Off-Street, Unpaved Driveway** | |
| Handicap Access/Features: | |

### Room Descriptions

| Room | Level | Size | Features |
|---|---|---|---|
| Living Room: | 1 | | -- |
| Dining Room: | 1 | | -- |
| Family Room: | B | | -- |
| Kitchen: | 1 | | -- |
| Master Bedroom: | 1 | | -- |
| Bedroom 2: | 1 | | -- |
| Bedroom 3: | 1 | | -- |
| Bath 1: | 1 | | -- |
| Bath 2: | 1 | | -- |
| Laundry: | 1 | | -- |

### Features & Other Information

Appliances: **Range, Dishwasher, Refrigerator**
Basement: **Yes Full, Finished, Partially Finished, Walk Out, Concrete Floor, Unfinished Basement, Exterior Access**
Construction: **Frame**
Cooling: **None**
Exclusions: **Washer & Dryer & Small Coverlet/Shed**
Exterior: **Clapboard**
Exterior Features: **Deck, Gutters, Fenced Yard**
Heating: **Hot Water Baseboard, Oil, Wood, Wood Stove**
Lead Paint: **None**
Living Area Disclosures: **Finished basement not included in square footage**
Road Type: **Public**
Roof: **Asphalt/Fiberglass Shingles**
Sewer Utilities: **Private Sewerage - Title 5: Not Done**
Water Utilities: **City/Town Water**
Waterfront: **No**  Water View: **No**
Short Sale w/Lndr.App.Req: **No**
Lender Owned: **No**

### Remarks

**\*\*\* Seller is requesting all offers by 5pm Monday 5/3/21. Beautiful Ranch situated on 1.96 acres close to RT2. Move In Ready Home tucked back off the road with Large Driveway with plenty of parking. Generous size Deck overlooks partially fenced yard. Poured Concrete pad w/Coverlet in Back Yard for Addtional Storage for yard tools, atv, tractor etc. Living Room, Open Concept Kitchen and Dining as well as Additional Living Space-previously used as Dining Room (currently used as Playroom Area), Master Bedroom, Master Bath and 2 Bedrooms with 1st Floor Laundry complete the Main Level. Basement features Huge Family Room with /Office Area. Additional Storage and Room to expand. Seller adding Burlap to Ceiling in Basement. Buyer may want to add Drywall or Drop Ceiling to further finish ceiling. Book your Appointment Today!!**

### Tax Information

| | |
|---|---|
| **2021** Taxes: **$4181**   Assessment: **$259,500** | Cert: **000000065697**   Zoning Code: **RA-1c** |
| Pin #: **M:04-07 B:00090 L:00004** | Map:   Block:   Lot:   Book: **60682**   Page: **177** |

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2021 MLS Property Information Network, Inc.

# Property Descriptions
Prepared for David Douglas DiPaua

**10 April Circle**
**Templeton, MA  01468**
**Single Family**

| | |
|---|---|
| MLS #: **72800951** | Status: **Under Agreement** |
| List Price: **$329,900** | |
| List Date: 3/19/2021 | Ant. Sale Date: 5/25/2021 |
| Area: | Off Market Date: 4/30/2021 |
| List$/SqFt: **$244.55** | |
| Days on Market (Total): **17** | Days on Market (Office): **17** |



## Property Features

| | |
|---|---|
| Rooms: **5** | Style: **Contemporary, Ranch** |
| Bedrooms: **3** | Type: **Detached** |
| Baths: **2f 0h** | Apprx Acres: **1.03** |
| Master Bath: **Yes** | Apprx Lot Size: **44867 sq.ft.** |
| Fireplaces: **1** | Apprx Living Area: **1349 sq.ft.** |
| Year Built: **1996** | Foundation Size: **0x0 (Poured Concrete)** |
| Color: **Tan** | Garage: **2  Attached** |
| Parking: **8  Off-Street** | |
| Handicap Access/Features: | |

## Room Descriptions

| Room | Level | Size | Features |
|---|---|---|---|
| Living Room: | 1 | | Fireplace, Ceiling - Vaulted, Cable Hookup |
| Kitchen: | 1 | | Flooring - Stone/Ceramic Tile, Balcony / Deck |
| Master Bedroom: | 1 | | Bathroom - Full, Ceiling - Vaulted, Closet - Walk-in, Flooring - Wall to Wall Carpet |
| Bedroom 2: | 1 | | Ceiling Fan(s), Flooring - Wall to Wall Carpet |
| Bedroom 3: | 1 | | Ceiling Fan(s), Flooring - Wall to Wall Carpet |

## Features & Other Information

Appliances: **Range, Dishwasher, Microwave**
Area Amenities: **Conservation Area, Highway Access, Public School**
Basement: **Yes Full, Bulkhead**
Construction: **Frame**
Cooling: **Central Air**
Electric: **220 Volts**
Exclusions:
Exterior: **Clapboard**
Exterior Features: **Deck, Pool - Above Ground**
Heating: **Forced Air, Oil**
Interior Features: **Cable Available**
Lead Paint: **Unknown**
Road Type: **Public, Paved**
Roof: **Asphalt/Fiberglass Shingles**
Sewer Utilities: **Private Sewerage - Title 5: Pass**
Water Utilities: **City/Town Water**
Waterfront: **No**
Short Sale w/Lndr.App.Req: **No**
Lender Owned: **Undisclosed**

## Remarks

Wonderful opportunity to own a MOVE IN READY home in Templeton at an affordable price! This 3 bedroom 2 bath ranch is located on a dead end cul-de-sac. As you enter the home, there is a large open living room with soaring ceilings and a fireplace, very warm and inviting! Kitchen with tile flooring which leads to a side deck. Spacious Master bedroom with a walk in closet, full bath and jetted tub. Two additional bedrooms with built in desks for home schooling! Off the Kitchen is access to a pristine two car garage with poured flooring. Bring your ideas to finish the basement giving more living space! Additional storage in the shed which is located in the back yard. This gem is set back with over an acre lot! Enjoy an afternoon in the above ground pool which abuts conservation land. This is a special property and one you will enjoy calling home! BUYER LOST THEIR JOB BACK ON MARKET.

## Tax Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **2020** Taxes: **$4972** | Assessment: **$242,000** | | Cert: | | Zoning Code: **RES** | | |
| Pin #: | | | Map: | Block: | Lot: | Book: **36416** | Page: **290** |

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2021 MLS Property Information Network, Inc.

# Property Descriptions
Prepared for David Douglas DiPaua

**61 Victoria Lane**
**Templeton, MA  01468**
**Single Family**

| | |
|---|---|
| MLS #: 72784602 | Status: **Sold** |
| List Price: **$320,000** | Sale Price: **$345,000** |
| List Date: 2/10/2021 | Sale Date: 3/26/2021 |
| Area: | Off Market Date: 2/27/2021 |
| List$/SqFt: **$207.12** | Sold$/SqFt: **$223.30** |
| Days on Market (Total): **18** | Days on Market (Office): **18** |

## Property Features

| | |
|---|---|
| Rooms: **6** | Style: **Colonial** |
| Bedrooms: **3** | Type: **Detached** |
| Baths: **1f 1h** | Apprx Acres: **1** |
| Master Bath: **No** | Apprx Lot Size: **43560 sq.ft.** |
| Fireplaces: **0** | Apprx Living Area: **1545 sq.ft.** |
| Year Built: **2012** | Foundation Size: **(Poured Concrete)** |
| Color: **Beige** | Garage: **0  --** |
| Parking: **8   Off-Street, Paved Driveway** | |
| Handicap Access/Features: **No** | |

## Room Descriptions

| Room | Level | Size | Features |
|---|---|---|---|
| Living Room: | 1 | | **Ceiling Fan(s), Flooring - Wall to Wall Carpet, Open Floor Plan** |
| Dining Room: | 1 | | **Flooring - Wall to Wall Carpet, Open Floor Plan** |
| Kitchen: | 1 | | **Flooring - Laminate, Dining Area, Countertops - Stone/Granite/Solid, Breakfast Bar / Nook, Open Floor Plan, Slider** |
| Master Bedroom: | 2 | | **Ceiling Fan(s), Closet - Walk-in, Flooring - Wall to Wall Carpet** |
| Bedroom 2: | 2 | | **Closet, Flooring - Wall to Wall Carpet** |
| Bedroom 3: | 2 | | **Closet, Flooring - Wall to Wall Carpet** |
| Bath 1: | 1 | | **Bathroom - Half, Flooring - Laminate, Dryer Hookup - Electric, Washer Hookup** |
| Bath 2: | 2 | | **Bathroom - Full, Closet - Linen, Flooring - Laminate** |

### Features & Other Information

**Appliances: Range, Dishwasher, Microwave, Refrigerator, Washer, Dryer**
**Area Amenities: Park, Walk/Jog Trails, Conservation Area, Highway Access, Public School**
**Basement: Yes Full, Interior Access, Bulkhead**
**Construction: Frame**
**Cooling: None**
**Electric: Circuit Breakers, 200 Amps**
**Exclusions: Swing Set, and TV**
**Exterior: Vinyl**
**Exterior Features: Deck - Wood**
**Green Certified: No**
**Heating: Hot Water Baseboard, Oil**
**Hot Water: Oil, Tank**
**Interior Features: Cable Available**
**Lead Paint: None**
**Road Type: Public, Publicly Maint.**
**Roof: Asphalt/Fiberglass Shingles**
**Sewer Utilities: City/Town Sewer**
**Water Utilities: City/Town Water**
**Waterfront: No   Water View: No**
**Short Sale w/Lndr.App.Req: No**
**Lender Owned: No**

## Remarks

Beautiful Young colonial built in 2012 ready for its new owners in one of Templeton's finest neighborhoods! You will not want to miss out on this opportunity to purchase this 3 bedroom, 1-1/2 bath colonial sitting on a 1 acre lot! The gorgeous eat-in kitchen opens up to the living room with plenty of cabinet space, granite countertops, bar seating, and stainless steel appliances! Large dining room or use as an in home office space! The first floor also has a 1/2 bath with laundry! Upstairs you will find the huge master bedroom with nice size walk-in closet, 2 additional bedrooms, and full bath! Basement is ready to be finished for additional square footage! Deck off of the kitchen overlooking the large level backyard which has a firepit and is ready for summer enjoyment! Freshly seal coated paved driveway!

## Tax Information

| | | | | | | |
|---|---|---|---|---|---|---|
| **2020** Taxes: **$4045.93** | Assessment: **$240,400** | | Cert: | Zoning Code: **R** | | |
| Pin #: | | | Map: **03** | Block: **30** | Lot: **17** | Book: **58647**   Page: **339** |

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribes disclaim any and all representations or warranties as to the accuracy of this information.
Content ©2021 MLS Property Information Network, Inc.

# Property Descriptions
**Prepared for David Douglas DiPaua**

**19 Oak Street**
**Templeton, MA  01438**
**Single Family**



| | |
|---|---|
| MLS #: **72780671** | Status: **Sold** |
| List Price: **$374,900** | Sale Price: **$378,900** |
| List Date: **1/30/2021** | Sale Date: **4/16/2021** |
| Area: | Off Market Date: **3/18/2021** |
| List$/SqFt: **$234.31** | Sold$/SqFt: **$236.81** |
| Days on Market (Total): **48** | Days on Market (Office): **48** |
| Neighborhood/Sub-Division: **Residential** | |

## Property Features

| | |
|---|---|
| Rooms: **7** | Style: **Colonial** |
| Bedrooms: **3** | Type: **Attached** |
| Baths: **2f 1h** | Apprx Acres: **0.48** |
| Master Bath: | Apprx Lot Size: **21120 sq.ft.** |
| Fireplaces: **0** | Apprx Living Area: **1600 sq.ft.** |
| Year Built: **2021** | Foundation Size: **(Poured Concrete)** |
| Color: **White** | Garage: **2   Attached** |
| Parking: **4   Off-Street** | |
| Handicap Access/Features: | |

## Room Descriptions

| Room | Level | Size | Features |
|---|---|---|---|
| | | | |

## Features & Other Information

Appliances: **Dishwasher, Microwave**
Area Amenities: **Public Transportation, Shopping, Walk/Jog Trails, Golf Course, Medical Facility, Laundromat, Conservation Area, Highway Access, House of Worship, Private School, Public School**
Basement: **Yes Full, Bulkhead, Concrete Floor, Unfinished Basement**
Construction: **Frame**
Cooling: **None**
Electric: **220 Volts, Circuit Breakers**
Exclusions: **none**
Exterior: **Vinyl**
Exterior Features: **Deck, Professional Landscaping, Screens**
Heating: **Propane**
Hot Water: **Propane Gas**
Interior Features: **Cable Available**
Lead Paint: **None**
Road Type: **Public, Paved**
Roof: **Asphalt/Fiberglass Shingles**
Sewer Utilities: **City/Town Sewer**
Water Utilities: **City/Town Water**
Waterfront: **No**   Water View: **No**
Short Sale w/Lndr.App.Req: **No**
Lender Owned: **No**

## Remarks

**Brand new 2 story colonial 3 bed room 2.5 bath 2 car garage city water and sewer landscaped, paved driveway**

## Tax Information

| | | | | |
|---|---|---|---|---|
| **2020** Taxes: **$475** | Assessment: **$28,200** | | Cert: | Zoning Code: **Residentia** |
| Pin #: | | | Map: | Block:   Lot:   Book: **5231**   Page: **0010** |

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2021 MLS Property Information Network, Inc.

# Property Comparisons
Prepared for David Douglas DiPaul

| |  Lot 3 Michaels Lane<br>Templeton, MA 01436 |  464 Otter River Rd<br>Templeton, MA 01468 |  21 Fisher Street<br>Templeton, MA 01468 |
|---|---|---|---|
| MLS # | 72785844 | 72831616 | 72827306 |
| Status | Active | Contingent | Under Agreement |
| List Price | $434,900 | $294,900 | $324,900 |
| Sale Price | | | |
| List Date | 2/15/2021 | 5/13/2021 | 5/6/2021 |
| Off Market Date | | | 5/11/2021 |
| Sale Date | | | |
| Days on Market | 97 | 10 | 5 |
| Style | Cape | Raised Ranch | Cape |
| Bedrooms | 3 | 4 | 2 |
| Full Baths | 2 | 2 | 1 |
| Half Baths | 1 | 0 | 1 |
| Total Rooms | 7 | 8 | 5 |
| Square Feet | 1762 | 1337 | 1486 |
| Acres | 1 | 0.41 | 1.29 |
| Lot Size (sq.ft.) | 43560 | 17859 | 56192 |
| Year Built | 2021 | 1971 | 1945 |
| Fireplaces | 1 | 0 | 0 |
| Garage Spaces | 2 | 1 | 5 |
| Garage Desc | Attached, Garage Door Opener, ... | Attached, Under | Detached |
| Basement Desc | Full, Interior Access, Concret... | Full | Full |
| Int. Features | Cable Available | | |
| Ext. Features | Porch, Deck, Professional Land... | | Deck, Pool - Inground, Storage... |
| Sewer & Water | | | |
| Waterfront | | | |
| Beach Desc | | | |
| Assessed Value | $0 | $202,700 | $220,700 |
| Taxes | $0 | $3,265.50 | $3,555 |
| Tax Year | 2021 | 2021 | 2021 |

# Property Comparisons
**Prepared for David Douglas DiPaula**



| | 84 Baptist Common Rd<br>Templeton, MA 01468 | 10 April Circle<br>Templeton, MA 01468 | 61 Victoria Lane<br>Templeton, MA 01468 |
|---|---|---|---|
| MLS # | 72822359 | 72800951 | 72784602 |
| Status | Under Agreement | Under Agreement | Sold |
| List Price | $325,000 | $329,900 | $320,000 |
| Sale Price | | | $345,000 |
| List Date | 4/28/2021 | 3/19/2021 | 2/10/2021 |
| Off Market Date | 5/3/2021 | 4/30/2021 | 2/27/2021 |
| Sale Date | | | 3/26/2021 |
| Days on Market | 6 | 17 | 18 |
| Style | Ranch | Contemporary, Ranch | Colonial |
| Bedrooms | 3 | 3 | 3 |
| Full Baths | 2 | 2 | 1 |
| Half Baths | 0 | 0 | 1 |
| Total Rooms | 5 | 5 | 6 |
| Square Feet | 1508 | 1349 | 1545 |
| Acres | 1.96 | 1.03 | 1 |
| Lot Size (sq.ft.) | 85378 | 44867 | 43560 |
| Year Built | 2006 | 1996 | 2012 |
| Fireplaces | 0 | 1 | 0 |
| Garage Spaces | 0 | 2 | 0 |
| Garage Desc | | Attached | |
| Basement Desc | Full, Finished, Partially Fini... | Full, Bulkhead | Full, Interior Access, Bulkhead |
| Int. Features | | Cable Available | Cable Available |
| Ext. Features | Deck, Gutters, Fenced Yard | Deck, Pool - Above Ground | Deck - Wood |
| Sewer & Water | | | |
| Waterfront | | | |
| Beach Desc | | Lake/Pond | |
| Assessed Value | $259,500 | $242,000 | $240,400 |
| Taxes | $4,181 | $4,972 | $4,045.93 |
| Tax Year | 2021 | 2020 | 2020 |

# Property Comparisons

Prepared for David Douglas DiPaula



19 Oak Street
Templeton, MA 01438

| | |
|---|---|
| MLS # | 72780671 |
| Status | Sold |
| List Price | $374,900 |
| Sale Price | $378,900 |
| List Date | 1/30/2021 |
| Off Market Date | 3/18/2021 |
| Sale Date | 4/16/2021 |
| Days on Market | 48 |
| Style | Colonial |
| Bedrooms | 3 |
| Full Baths | 2 |
| Half Baths | 1 |
| Total Rooms | 7 |
| Square Feet | 1600 |
| Acres | 0.48 |
| Lot Size (sq.ft.) | 21120 |
| Year Built | 2021 |
| Fireplaces | 0 |
| Garage Spaces | 2 |
| Garage Desc | Attached |
| Basement Desc | Full, Bulkhead, Concrete Floor... |
| Int. Features | Cable Available |
| Ext. Features | Deck, Professional Landscaping... |
| Sewer & Water | |
| Waterfront | |
| Beach Desc | |
| Assessed Value | $28,200 |
| Taxes | $475 |
| Tax Year | 2020 |

# Sold Properties Graph

### Prepared for David Douglas DiPaua



| | Address | City | Days on Market | List Price | Sale Price |
|---|---|---|---|---|---|
| 1 | 61 Victoria Lane | Templeton, MA | 18 | $320,000 | $345,000 |
| 2 | 19 Oak Street | Templeton, MA | 48 | $374,900 | $378,900 |

# Pricing Adjustments per Property
## Prepared for David Douglas DiPaua

| Subject Property | Comparable No.1 | Comparable No.2 |
|---|---|---|
|  |  |  |

**Subject Property**

7 Harris Street
Single Family - Sold
Templeton, MA 01436
List Price: $179,900
Sale Price: $168,000
List Date: 12/9/2002
Off Market Date: 2/14/2003
Sale Date: 3/19/2003
Days on Market: 67

**Comparable No.1**

Lot 3 Michaels Lane
Single Family - Active
Templeton, MA 01436
List Price: $434,900
List Date: 2/15/2021
Days on Market: 97

**Comparable No.2**

464 Otter River Rd
Single Family - Contingent
Templeton, MA 01468
List Price: $294,900
List Date: 5/13/2021
Days on Market: 10

## Adjustments

| Item | Description | Description | +(-) $ Adjustment | Description | +(-) $ Adjustment |
|---|---|---|---|---|---|
| Net Adjusted (Total) | | | 0 | | 0 |
| Adjusted Price | | | $434,900 | | $294,900 |

# Pricing Adjustments per Property
### Prepared for David Douglas DiPaua

| Subject Property | Comparable No.3 | Comparable No.4 |
|---|---|---|
|  |  |  |

**Subject Property**

7 Harris Street
Single Family - Sold
Templeton, MA 01436
List Price: $179,900
Sale Price: $168,000
List Date: 12/9/2002
Off Market Date: 2/14/2003
Sale Date: 3/19/2003
Days on Market: 67

**Comparable No.3**

21 Fisher Street
Single Family - Under Agreement
Templeton, MA 01468
List Price: $324,900
List Date: 5/6/2021
Off Market Date: 5/11/2021
Days on Market: 5

**Comparable No.4**

84 Baptist Common Rd
Single Family - Under Agreement
Templeton, MA 01468
List Price: $325,000
List Date: 4/28/2021
Off Market Date: 5/3/2021
Days on Market: 6

## Adjustments

| Item | Description | Description | +(-) $ Adjustment | Description | +(-) $ Adjustment |
|---|---|---|---|---|---|
| Net Adjusted (Total) | | | 0 | | 0 |
| Adjusted Price | | | $324,900 | | $325,000 |

# Pricing Adjustments per Property
**Prepared for David Douglas DiPaua**

| Subject Property | Comparable No.5 | Comparable No.6 |
|---|---|---|
|  |  |  |
| 7 Harris Street | 10 April Circle | 61 Victoria Lane |
| Single Family - Sold | Single Family - Under Agreement | Single Family - Sold |
| Templeton, MA 01436 | Templeton, MA 01468 | Templeton, MA 01468 |
| List Price: $179,900 | List Price: $329,900 | List Price: $320,000 |
| Sale Price: $168,000 | List Date: 3/19/2021 | Sale Price: $345,000 |
| List Date: 12/9/2002 | Off Market Date: 4/30/2021 | List Date: 2/10/2021 |
| Off Market Date: 2/14/2003 | Days on Market: 17 | Off Market Date: 2/27/2021 |
| Sale Date: 3/19/2003 | | Sale Date: 3/26/2021 |
| Days on Market: 67 | | Days on Market: 18 |

## Adjustments

| Item | Description | Description | +(-) $ Adjustment | Description | +(-) $ Adjustment |
|---|---|---|---|---|---|
| | Net Adjusted (Total) | | 0 | | 0 |
| | Adjusted Price | | $329,900 | | $345,000 |

# Pricing Adjustments per Property
### Prepared for David Douglas DiPaua

| **Subject Property** | **Comparable No.7** |
|---|---|
|  |  |
| 7 Harris Street | 19 Oak Street |
| Single Family - Sold | Single Family - Sold |
| Templeton, MA 01436 | Templeton, MA 01438 |
| List Price: $179,900 | List Price: $374,900 |
| Sale Price: $168,000 | Sale Price: $378,900 |
| List Date: 12/9/2002 | List Date: 1/30/2021 |
| Off Market Date: 2/14/2003 | Off Market Date: 3/18/2021 |
| Sale Date: 3/19/2003 | Sale Date: 4/16/2021 |
| Days on Market: 67 | Days on Market: 48 |

## Adjustments

| Item | Description | Description | +(-) $ Adjustment |
|---|---|---|---|
| Net Adjusted (Total) | | | 0 |
| Adjusted Price | | | $378,900 |

# Pricing Analysis - Square Foot Price
### Prepared for David Douglas DiPaua

Number of Properties: 7
Price Range: $294,900 to $434,900
Average Price: $347,643
Average $ Per Square Foot: $230

| Address | City | Status | Square Feet | $/SqFt | Price |
|---|---|---|---|---|---|
| 464 Otter River Rd | Templeton, MA | CTG | 1337 | 221 | $294,900 |
| 21 Fisher Street | Templeton, MA | UAG | 1486 | 219 | $324,900 |
| 84 Baptist Common Rd | Templeton, MA | UAG | 1508 | 216 | $325,000 |
| 10 April Circle | Templeton, MA | UAG | 1349 | 245 | $329,900 |
| 61 Victoria Lane | Templeton, MA | SLD | 1545 | 223 | $345,000 |
| 19 Oak Street | Templeton, MA | SLD | 1600 | 237 | $378,900 |
| Lot 3 Michaels Lane | Templeton, MA | ACT | 1762 | 247 | $434,900 |

## Pricing Scenarios

Average price of properties comparable to yours:                          $347,643

Predicted Price of your home based on 'cost per square foot':             $ 345,000
Based on your property's square footage of **1500** and the average cost per square foot listed above as **$230 per sqft.**

**Suggested Sales Price**
Prepared for David Douglas DiPaula

|  | Days on Market | Price |
|---|---|---|
| **No. 1 -** Lot 3 Michaels Lane, Templeton, MA | 97 | $434,900 |
| **No. 2 -** 464 Otter River Rd, Templeton, MA | 10 | $294,900 |
| **No. 3 -** 21 Fisher Street, Templeton, MA | 5 | $324,900 |
| **No. 4 -** 84 Baptist Common Rd, Templeton, MA | 6 | $325,000 |
| **No. 5 -** 10 April Circle, Templeton, MA | 17 | $329,900 |
| **No. 6 -** 61 Victoria Lane, Templeton, MA | 18 | $345,000 |
| **No. 7 -** 19 Oak Street, Templeton, MA | 48 | $378,900 |
| **Indicated Value by Sale Comparison Approach** | **28.71** | **$347,643** |

BK29395PG177

75187

LAW OFFICE OF DANIEL W. MURRAY
177 WORCESTER ST.  SUITE 203
WELLESLEY, MA 02481



## MASSACHUSETTS QUITCLAIM DEED

I, **MICHAEL J HARDY** of 7 HARRIS STREET, Baldwinville, Massachusetts 01436, for consideration paid, and in full consideration of **ONE HUNDRED SIXTY-EIGHT THOUSAND AND 00/100 Dollars (U.S. $168,000.00)** grant to **DAVID D. DIPADUA**, Individually, of 214 INGLESIDE AVENUE, APT. 1, Worcester, Massachusetts 01604 with *quitclaim covenants* the following property in Norfolk County, Massachusetts.

**PARCEL ONE**

Land with the buildings thereon in the village of Baldwinville, Town of Templeton, Worcester County, MA bounded and described as follows:

COMMENCING:  on the Northeasterly side of Harris St., 100 Feet Westerly from a road monument on the Westerly side of the County Road leading from Baldwinville to Winchendon Center, being a corner of land formerly of Robert M. Auringer;

THENCE:  on said street N. 48 degrees 30' W. ninety feet;

THENCE:  Northeasterly on a line at a right angle from said street one hundred feet;

THENCE:  Southeasterly, parallel with said street, ninety feet;

THENCE:  Southwesterly, parallel with the second described line, one hundred feet on a line of said Auginger to the place of beginning;

BEING:  Part of the "Perley" and part of the "Sawyer" land, so called.

**PARCEL TWO**

A certain parcel of land on the southeasterly side of Winchester Street in the village of Baldwinville in said Templeton, bounded and described as follows, to wit:

BEGINNING:  at the most westerly corner thereof at an iron pipe marking an angle in the southeasterly line of Winchester Street, 100 feet northeasterly of Harris Street;

THENCE:  northeasterly at an included angle of 84 degrees - 00' by the said line of Winchester Street, 150 feet to an iron pipe;

THENCE:  southeasterly at an included angle of 96 degrees - 00' by other land of the grantor herein, 90.00 feet to an iron pipe;

THENCE:  southeasterly an included angle of 84 degrees - 00 by other land of the grantor herein, 150.0 feet to the most easterly corner of land now or formerly of R. Frank Nasiatka;

TENCE:  northwesterly at an included angle of 96 degrees - 00' by said Nasiatka land 90.0 feet to the place of beginning.

03 MAR 19  PM 2:56

PROPERTY AND GRANTEE ADDRESS
7 HARRIS ST., BALDWINVILLE, MA

BK29395PG178

Being the same premises conveyed to the herein named grantor by deeds recorded with Worcester District Registry of Deeds in Book 17682, Page 278 and Book 17682, Page 279, respectively.

Witness my hand and seal this 19th day of March, 2003.

MICHAEL J HARDY

Commonwealth of Massachusetts

Norfolk, ss:                                                    March 19, 2003

   Then personally appeared the above-named MICHAEL J HARDY and acknowledged the foregoing instrument to be his free act and deed before me.

                                    Notary Public:  Daniel W. Murray
                                    My Commission Expires: 12/13/06

PROPERTY ADDRESS:  7 HARRIS STREET Baldwinville, Massachusetts 01436



ATTEST: WORC. Anthony J. Vigliotti, Register

Bk: 33796 Pg: 167



Bk: 33796 Pg: 167    Doc: HMST
Page: 1 of 1    06/04/2004 01:07 PM

## DECLARATION OF HOMESTEAD

KNOW ALL MEN BY THESE PRESENTS THAT I, _David D. DiPadua_
                                          (Name)

of _Baldwinville_ _____ COUNTY OF WORCESTER AND
   (City or Town)

COMMONWEALTH OF MASSACHUSETTS as Householder, and having a family or sole owner and

being entitled to an Estate of Homestead in the land and buildings hereinafter described, do hereby

declare that I own, possess and occupy said premises as a residence and homestead under Massachusetts

General Laws, Chapter 188, as amended to wit:

MAIL
Property Location: _7 Harris St Baldwinville MA 01436_
                   (Street address, City and Zip Code)

Deed Reference: Book _2939S_
                Page _179_

Witness my hand and seal this _4th_ day of _June_, 20 _04_

_David D. DiPadua_

## COMMONWEALTH OF MASSACHUSETTS

Worcester, SS.                          Date _June 4, 2004_

On this day before me, the undersigned notary public, personally appeared _David D.

DiPadua_, proved to me through satisfactory evidence of identification, which were

_MA drivers license_, to be the person whose name is signed on the above document, and

acknowledged to me that he/she signed it voluntarily for its stated purpose.

_Assunta V. Tavano_
Notary Public

My Commission Expires:                ASSUNTA TAVANO
                                      NOTARY PUBLIC
                                      MY COMMISSION EXPIRES 02/14/08

(D20

**ATTEST: WORC. Anthony J. Vigliotti, Register**

Bk: 38332 Pg: 37

| EXECUTION | DOCKET NUMBER | Trial Court of Massachusetts |
|---|---|---|
| | 200563CV000167 | District Court Department |

CASE NAME   GRAFTON SUBURBAN CREDIT UNION  vs.  DAVID D. DIPADUA

| JUDGMENT CREDITOR(S) IN WHOSE FAVOR EXECUTION IS ISSUED | CURRENT COURT |
|---|---|
| P01   GRAFTON SUBURBAN CREDIT UNION | Gardner District Court<br>108 Matthews Street<br>Gardner, MA 01440-1304<br>(978) 632-2373 |

| JUDGMENT CREDITOR (OR CREDITOR'S ATTORNEY) WHO MUST ARRANGE SERVICE OF EXECUTION | FURTHER ORDERS OF THE COURT |
|---|---|
| P01   RICHARD RANDALL HUBBARD<br>RICHARD R HUBBARD<br>P O BOX 567<br>NINE NORTH MAIN STREET<br>UXBRIDGE, MA 01569 | ORIGINAL |

| JUDGMENT DEBTOR AGAINST WHOM EXECUTION IS ISSUED | A TRUE COPY ATTEST |
|---|---|
| D01   DAVID D. DIPADUA<br>7 HARRIS ST<br>BALDWINVILLE, MA 01436 | DEPUTY SHERIFF |

Bk: 38332 Pg: 37  Doc: EXC
Page: 1 of 3  02/02/2006 03:08 PM

TO THE SHERIFFS OF THE SEVERAL COUNTIES OR THEIR DEPUTIES, OR (SUBJECT TO THE LIMITATIONS OF G.L. c. 41. § 92) ANY CONSTABLE OF ANY CITY OR TOWN WITHIN THE COMMONWEALTH:

The judgment creditor(s) named above has recovered judgment against the judgment debtor named above in the amount shown below.

WE COMMAND YOU, therefore, from out of the value of any real or personal property of such judgment debtor found within your territorial jurisdiction, to cause payment to be made to the judgment creditor(s) in the amount of the "Execution Total" shown below, plus additional postjudgment interest as provided by G.L. c. 235 § 8 on the "Judgment Total" shown below commencing from the "Date Execution Issued" shown below at the "Annual Postjudgment Interest Rate" shown below, and to collect your own fees, as provided by law. This Writ of Execution is valid for twenty years from the "Date Judgment Entered" shown below. It must be returned to the court, along with your return of service, within ten days after this judgment has been satisfied or discharged, or after twenty years if this judgment remains unsatisfied or undischarged.

| | | |
|---|---|---|
| 1. Judgment Total | | $6,069.52 |
| 2. Date Judgment Entered | | 01/05/2006 |
| 3. Date Execution Issued | | 01/17/2006 |
| 4. Number of Days from Judgment to Execution *(Line 3 - Line 2)* | | 12 |
| 5. Annual Postjudgment Interest Rate of 12.00% / 365 = Daily Interest Rate | | 0.032877% |
| 6. Postjudgment Interest from Judgment to Execution *(Lines 1x4x5)* | | $23.95 |
| 7. Postjudgment Costs *(if any)* | | $0.00 |
| 8. Credits *(if any)* | | $0.00 |
| 9. EXECUTION TOTAL *( Lines 1 + 6 + 7, minus Line 8)* | | $6,093.47 |

| LEVYING OFFICER:   (a) Add daily interest from date execution issued. |
|---|
| (b) Add your fees as provided by law. |

| TESTE OF FIRST JUSTICE | DATE EXECUTION ISSUED | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|---|
| WITNESS:   Hon. Patrick A. Fox | 01/17/2006 | X |

FORM NO

Bk: 38332 Pg: 38

Worcester, SS. Worcester                                February 2, 2006
By virtue of this Execution which issued on a Judgment in favor of
**Grafton Suburban Credit Union**
against Judgment Debtor **DAVID D. DIPADUA,**
            **7 Harris St., Baldwinville, Ma  01436**
which was rendered on  **January 5, 2006**  said Execution having been placed in my hands for
the purpose of taking the lands of said Judgment Debtor  , I have this day at 9:05A.M. seized
and taken all right, title and interest which said Judgment Debtor   had not exempt by law from
attachment or levy on execution in and to a certain parcel of land in said  **Templeton (Village
of Baldwinville)**   bounded and described as follows:

**(SEE ATTACHED FOR DESCRIPTION)**

The above is a true copy of so much of my return as relates to the seizure of Real Estate.  And I suspend further action at
this time on the written request of the Plaintiff's attorney.
Mail to:                                          ATTEST:
    Richard R. Hubbard, Esq.                                    Kelly A. Parks
                                                               Deputy Sheriff
    P.O. Box 567
    Uxbridge, MA  01569

Bk: 40607 Pg: 248

| EXECUTION | DOCKET NUMBER 200663CV000197 | Trial Court of Massachusetts District Court Department |
|---|---|---|

CASE NAME  MIDLAND FUNDING, L.L.C ASSIGNEE OF ASPIRE VISA vs. DAVID D. DIPADUA A/K/A DAVID DOUGLAS DIPADUA

| JUDGMENT CREDITOR(S) IN WHOSE FAVOR EXECUTION IS ISSUED | CURRENT COURT |
|---|---|
| P01  MIDLAND FUNDING, L.L.C ASSIGNEE OF ASPIRE VISA | Gardner District Court 108 Matthews Street Gardner, MA 01440-1304 (978) 632-2373 |

*550r-21*

JUDGMENT CREDITOR (OR CREDITOR'S ATTORNEY) WHO MUST ARRANGE SERVICE OF EXECUTION
P01  RICHARD S. DANIELS, JR
DANIELS LAW OFFICES, P.C.
ONE CENTER PLAZA
BOSTON, MA 02108-1801

FURTHER ORDERS OF THE COURT

A TRUE COPY ATTEST

*Nancy P Ranieau*

DEPUTY SHERIFF

JUDGMENT DEBTOR AGAINST WHOM EXECUTION IS ISSUED
D01  DAVID D. DIPADUA A/K/A DAVID DOUGLAS DIPADUA
7 HARRIS ST
BALDWINVILLE, MA 01436

Bk: 40607 Pg: 248  Doc: EXC
Page: 1 of 3  01/12/2007 03:50 PM

TO THE SHERIFFS OF THE SEVERAL COUNTIES OR THEIR DEPUTIES, OR (SUBJECT TO THE LIMITATIONS OF G.L. c. 41, § 92) ANY CONSTABLE OF ANY CITY OR TOWN WITHIN THE COMMONWEALTH:

The judgment creditor(s) named above has recovered judgment against the judgment debtor named above in the amount shown below.

WE COMMAND YOU, therefore, from out of the value of any real or personal property of such judgment debtor found within your territorial jurisdiction, to cause payment to be made to the judgment creditor(s) in the amount of the "Execution Total" shown below, plus additional postjudgment interest as provided by G.L. c. 235 § 8 on the "Judgment Total" shown below commencing from the "Date Execution Issued" shown below at the "Annual Postjudgment Interest Rate" shown below, and to collect your own fees, as provided by law. This Writ of Execution is valid for twenty years from the "Date Judgment Entered" shown below. It must be returned to the court, along with your return of service, within ten days after this judgment has been satisfied or discharged, or after twenty years if this judgment remains unsatisfied or undischarged.

| | |
|---|---|
| 1. Judgment Total | $3,461.57 |
| 2. Date Judgment Entered | 11/24/2006 |
| 3. Date Execution Issued | 12/05/2006 |
| 4. Number of Days from Judgment to Execution (Line 3 - Line 2) | 11 |
| 5. Annual Postjudgment Interest Rate of 12.00% / 365 = Daily Interest Rate | 0.032877% |
| 6. Postjudgment Interest from Judgment to Execution (Lines 1x4x5) | $12.52 |
| 7. Postjudgment Costs (if any) | $0.00 |
| 8. Credits (if any) | $0.00 |
| 9.  EXECUTION TOTAL ( Lines 1 + 6 + 7, minus Line 8) | $3,474.09 |

LEVYING OFFICER:    (a) Add daily interest from date execution issued.
(b) Add your fees as provided by law.

| TESTE OF FIRST JUSTICE WITNESS:  Hon. Patrick A. Fox | DATE EXECUTION ISSUED 12/05/2006 | CLERK-MAGISTRATE/ASST. CLERK X  *J. Moldman* |
|---|---|---|

Date/Time Printed:  12/08/2006 10:49 AM

FORM NO.

Bk: 40607 Pg: 249

Worcester,  SS. Worcester                                    **January 12, 2007**
By virtue of this Execution which issued on a Judgment in favor of
**Midland Funding, L.L.C., as Assignee of Aspire Visa**
against Judgment Debtor  **DAVID D. DIPADUA A/K/A DAVID DOUGLAS DIPADUA,**
                    **7 Harris St., Baldwinville, MA  01436**
which was rendered on  **November 24, 2006**  said Execution having been placed in my hands
for the purpose of taking the lands of said Judgment Debtor,  I have this day at 9:05A.M.  seized
and taken all right, title and interest which said Judgment Debtor  had not exempt by law from
attachment or levy on execution in and to a certain parcel of land in said  **Templeton (Village
of Baldwinville)**   bounded and described as follows:

(See Attached for Legal Description)

The above is a true copy of so much of my return as relates to the seizure of Real Estate,  And I suspend further
action at this time on the written request of the Plaintiff's attorney.
Mail to:
                        ATTEST:  *Nancy P. Barrieau*
                                Nancy P. Barrieau
                                **Deputy Sheriff**

    Richard S. Daniels, Esq.
    Daniels Law Offices, PC
    One Center Plaza
    Boston, MA  02108-1801